## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**BRENDA SMITH**                                                       **PETITIONER**

**V.**                                            **CIVIL ACTION NO. 1:06CR074-WAP**

**UNITED STATES OF AMERICA**                            **RESPONDENTS**

## ORDER DENYING MOTION

Petitioner was sentenced on December 1, 2006, for fraudulent activities. She appealed her sentence which was affirmed by the Fifth Circuit Court of Appeals on August 24 2007. A writ of certiorari was denied by the United States Supreme Court on December 12, 2007. Petitioner is now asking the court for a copy of her presentence report.

The court nor the clerk's office provide copies free of charge. Rather, Petitioner is advised that she may request copies from the Clerk's Office at her own expense. Petitioner should contact the Clerk's Office directly as to method and amount of payment. Therefore, the motion for production of records (docket entry 235) is DENIED.

SO ORDERED this the 8th day of April, 2008.

                                        /s/ W. Allen Pepper, Jr.
                                        W. ALLEN PEPPER, JR.
                                        UNITED STATES DISTRICT JUDGE