**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

BRENDA SMITH                                                           PETITIONER

V.                                                          NO. 1:06CR0074-WAP

UNITED STATES OF AMERICA                              RESPONDENT

## FINAL JUDGMENT

In accordance with the opinion issued this day, Petitioner's Motion to Vacate Sentence Pursuant to 28 U.S.C. § 2255 (docket entry 243) is hereby DENIED, and is DISMISSED with prejudice.

**IT IS SO ORDERED.**

THIS the 23rd day of December, 2008.

                                                                  /s/ W. Allen Pepper, Jr.
                                                                   W. ALLEN PEPPER, JR.
                                                                   UNITED STATES DISTRICT JUDGE