**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

BRENDA SMITH                                                                             PETITIONER

V.                                                                                  NO. 1:06CR074-WAP

UNITED STATES OF AMERICA                                             RESPONDENT

## **FINAL JUDGMENT**

In accordance with the opinion issued this day,

1. The Petitioner's Motion for Stay Restitution Relief (docket entry 280) is hereby DENIED.

**IT IS SO ORDERED.**

THIS the 25th day of September, 2009.

                                                            /s/ W. Allen Pepper, Jr.
                                                            W. ALLEN PEPPER, JR.
                                                            UNITED STATES DISTRICT JUDGE